UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDENTREE ASSET MANAGEMENT LP,<br><br>                                    Petitioner,<br><br>                  -v.-<br><br>AI MEDIA HOLDINGS (NMT), LLC and ACCESS INDUSTRIES, INC.,<br><br>                                    Respondents. | 22 Misc. 26 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record on February 24, 2022, Petitioner's application for discovery in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 is hereby GRANTED IN PART and DENIED IN PART.  Petitioner shall be permitted leave to serve its document subpoenas on Respondents, but will not be permitted to serve its deposition subpoenas on Respondents.

    The Court understands that Petitioner has developed a working list of search terms and connectors tailored to yield documents responsive to the topics of inquiry contained in its document subpoenas.  The parties shall meet and confer regarding these search terms at their earliest convenience. Additionally, the Court is imposing a limit of three (3) document custodians for each Respondents.  Respondents shall complete the document production on or before March 7, 2022, unless the parties agree upon a different date. Furthermore, Respondents are not required to furnish Petitioner with a privilege log contemporaneous with the production.  Instead, Respondents

shall produce a privilege log at a reasonable time following the production, unless the parties come to a different agreement.

Petitioner shall order a copy of the transcript of the Court's oral decision at its earliest convenience.

The Clerk of Court is directed to terminate the pending motion at docket entry 1.

SO ORDERED.

Dated: February 24, 2022
New York, New York

*Katherine Polk Failla*
————————————————
KATHERINE POLK FAILLA
United States District Judge