UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GOLDENTREE ASSET MANAGEMENT LP,   Misc. Action. No. 1:22-mc-00026

                Petitioner,   Judge Katherine Polk Failla

    v.

AI MEDIA HOLDINGS (NMT), LLC
AND ACCESS INDUSTRIES, INC.
                Respondents.

---------------------------------------------------------------x

## JOINT STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Petitioner GoldenTree Asset Management LP and Respondents AI Media Holdings (NMT) LLC and Access Industries, Inc. jointly stipulate and hereby give notice that the above-captioned proceeding is voluntarily dismissed, with prejudice.

Dated: New York, New York
　　　　March 31, 2022

| **AKIN GUMP STRAUSS HAUER & FELD, LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By: */s/ David Zensky* | By: */s/ Victor Noskov* |
| David Zensky | Richard I. Werder, Jr. |
| Abid Qureshi | Andrew J. Rossman |
| Dakota L. Kann | Victor Noskov |
| One Bryant Park | Lucas Bento |
| New York, New York 10036 | Sophia Qasir |
| (212) 872-1000 | Gavin Frisch |
| | 51 Madison Avenue, 22nd Floor |
| *Attorneys for Petitioner* | New York, New York 10010 |
| *GoldenTree Asset Management LP* | (212) 849-7000 |
| | *Attorneys for Respondents AI Media Holdings (NMT) LLC and Access Industries, Inc.* |