UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

GOLDENTREE ASSET MANAGEMENT LP,    Misc. Action. No. 1:22-mc-00026

                Petitioner,    Judge Katherine Polk Failla

     v.

AI MEDIA HOLDINGS (NMT), LLC
AND ACCESS INDUSTRIES, INC.
                Respondents.
_____x


## JOINT STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Petitioner GoldenTree Asset Management LP and Respondents AI Media Holdings (NMT) LLC and Access Industries, Inc. jointly stipulate and hereby give notice that the above-captioned proceeding is voluntarily dismissed, with prejudice.

Dated: New York, New York
April 1, 2022

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: _____<br>David Zensky<br>Abid Qureshi<br>Dakota L. Kann<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Attorneys for Petitioner*<br>*GoldenTree Asset Management LP* | By: _____<br>Richard I. Werder, Jr.<br>Andrew J. Rossman<br>Victor Noskov<br>Lucas Bento<br>Sophia Qasir<br>Gavin Frisch<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>*Attorneys for Respondents AI Media*<br>*Holdings (NMT) LLC and Access*<br>*Industries, Inc.* |